IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-76-GCM

| | |
|---|---|
| BONWORTH, INC., </br>                          Plaintiff, </br> v. </br></br> HIS CONCEPTS, INC., THE MOON'S </br> CONCEPT, INC., </br>                          Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Bryan King Sheldon,** filed March 26, 2018 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Sheldon is admitted to appear before this court *pro hac vice* on behalf of Defendants, IHS Concepts, Inc. and The Moon's Concept, Inc..

**IT IS SO ORDERED.**

Signed: March 27, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge