# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CV-76-GCM

| | |
|---|---|
| BONWORTH, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| HIS CONCEPTS, INC., THE MOON'S ) | |
| CONCEPT, INC., ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Alexander Su,** filed March 26, 2018 [doc. #5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Su is admitted to appear before this court *pro hac vice* on behalf of Defendants, IHS Concepts, Inc. and The Moon's Concept, Inc..

**IT IS SO ORDERED.**

Signed: March 27, 2018

Graham C. Mullen
United States District Judge